# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

CASE NO. 6D23-1636
LOWER TRIBUNAL NO. 2018-CA-011382-O

SILVIO BARBOSA,

Appellant,

v.

WAL-MART STORES EAST, LP, d/b/a Store 859,

Appellee.

Appeal from the Circuit Court for Orange County.
Kevin B. Weiss, Judge.

May 7, 2024

PER CURIAM.

AFFIRMED.

STARGEL, SMITH and MIZE, JJ., concur.

Agustin R. Benitez, of Benitez Law Group, P.L., Orlando, for Appellant.

Trina S. Hearn and Andrew S. Bolin, of Bolin Law Group, Tampa, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED